Form 27 - AFFIDAVIT OF SERVICE


P7232093

**FIRST LEGAL**    MERCEDE DOUANGPANYA
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

JOHNSON

　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
　　　　　　　　　　　- vs -

HARTFORD FUNDING LTD.
　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

index No. **2:22-CV-04322-RB-ST**
Date Filed
Office No. **356716**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**    :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **SEPTEMBER, 2022 2:52PM** at
**100 CROSSWAYS PARK DRIVE WEST**
**SUITE 302**
**WOODBURY NY 11797**
I served a true copy of the **ORDER** upon **HARTFORD FUNDING LTD.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Diane Baxter , GENERAL AGENT,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN/BLONDE**
APP.AGE: **53** APP. HT: **5'6** APP. WT: **200**
OTHER IDENTIFYING FEATURES
**Glasses**

Sworn to before me this
06TH day of SEPTEMBER, 2022

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

LAURA KLEINBERG
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-FLN-7232093

2a

Form 27 - AFFIDAVIT OF SERVICE


P7232093

**FIRST LEGAL**   MERCEDE DOUANGPANYA
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

JOHNSON

PLAINTIFF

- vs -

HARTFORD FUNDING LTD.

DEFENDANT

index No. **2:22-CV-04322-RB-ST**
Date Filed
Office No. **356716**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**   :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **SEPTEMBER, 2022 2:52PM** at
**100 CROSSWAYS PARK DRIVE WEST**
**SUITE 302**
**WOODBURY NY 11797**
I served a true copy of the **ORDER** upon **HARTFORD FUNDING LTD.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Diane Baxter , GENERAL AGENT**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN/BLONDE**
APP.AGE: **53** APP. HT: **5'6** APP. WT: **200**
OTHER IDENTIFYING FEATURES
**Glasses**

Sworn to before me this
06TH day of SEPTEMBER, 2022

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

LAURA KLEINBERG
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-FLN-7232093

Form 27 - AFFIDAVIT OF SERVICE


P7232093

**FIRST LEGAL**     MERCEDE DOUANGPANYA
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

JOHNSON

— vs —     PLAINTIFF

HARTFORD FUNDING LTD.

DEFENDANT

index No. **2:22-CV-04322-RB-ST**
Date Filed
Office No. **356716**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**     :SS:

**LAURA KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **01ST** day of **SEPTEMBER, 2022 2:52PM** at
**100 CROSSWAYS PARK DRIVE WEST**
**SUITE 302**
**WOODBURY NY 11797**
I served a true copy of the **ORDER** upon **HARTFORD FUNDING LTD.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Diane Baxter , GENERAL AGENT,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN/BLONDE**
APP.AGE: **53** APP. HT: **5'6** APP. WT: **200**
OTHER IDENTIFYING FEATURES
**Glasses**

Sworn to before me this
06TH day of SEPTEMBER, 2022

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

LAURA KLEINBERG
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-FLN-7232093

2a